

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CHRISTOPHER J. NELSON, Individually and d/b/a EXCLUSIVE POOLS, | § | No. 08-21-00068-CV |
| | § | Appeal from the |
| Appellant, | § | |
| | | 125th Judicial District Court |
| v. | § | |
| | | of Harris County, Texas |
| BKM DEVELOPMENT, LP, | § | |
| | | (TC# 2015-38993) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, both in this court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF NOVEMBER, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.